# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOE ROBERTS,<br>*Plaintiff*<br>v.<br><br>BEVERLY R. HALL,<br>*Defendant* | )<br>)<br>) Civil Action No. 2:16-CV-0393-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JOE ROBERTS recover from the defendant *(name)* BEVERLY R. HALL the amount of Five hundred twenty six thousand nine hundred thirty four and 5/100 dollars ($ 526,934.05 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 2.10 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiff, Joe Roberts, shall recover from Defendant, Beverly R. Hall, costs in the amount of $799.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for default judgment (ECF No. 15).

Date: April 19, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry